UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SHAFFER et al.,<br><br>　　　　Defendants. | No. 2:24-cv-1785 CSK P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this Court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　Plaintiff filed a request to supplement his amended complaint.  (ECF No. 17.)  However, the findings and recommendations addressing plaintiff's status under 28 U.S.C. § 1915(g) and plaintiff's objections thereto are pending review by the district court.  (ECF No. 11, 13.)  Therefore, plaintiff's request (ECF No. 17) is premature.  Until the district court addresses the pending findings and recommendations, no motions concerning the pleadings may be entertained.  Therefore, plaintiff's request is denied without prejudice to its renewal, if appropriate, following the district court's order addressing the pending findings and recommendations.

///

///

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 17) is denied
2 without prejudice.

4 Dated: October 17, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/step1785.den3