UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE EARL STEPHENS,

Plaintiff,

v.

J. SHAFFER, et al.,

Defendants.

No.  2:24-cv-01785 DC CSK P

FINDINGS AND RECOMMENDATIONS

Plaintiff is a state prisoner proceeding pro se.  On December 30, 2025, the district court adopted the findings and recommendations denying plaintiff's motion for leave to proceed in forma pauperis, and plaintiff was ordered to pay the filing fee in full prior to proceeding with this action in light of his status as a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). (ECF No. 20.)  Plaintiff was ordered to pay, within thirty days, the full filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (ECF No. 15.)  Plaintiff filed an interlocutory appeal, which was dismissed on March 19, 2026, because it "lack[ed] sufficient merit to proceed."  (ECF No. 25.)  Plaintiff has not paid the court's filing fee, or otherwise responded to this Court's order.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

///

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 31, 2026

_____

CHI SOO KIM

UNITED STATES MAGISTRATE JUDGE

/1/step1785.fpf.1915g

2